Randy McDonald, 032008
Colin M. Proksel, (*Pro hac vice* application forthcoming)
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793
(602) 640-9000
rmcdonald@omlaw.com
cproksel@omlaw.com

Attorneys for Dr. DeShawn Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DR. DESHAWN L. TAYLOR, ) | No. |
| ) | |
| Movant, ) | |
| ) | **ORDER ISSUING STAY** |
| vs. ) | |
| ) | |
| KEN PAXTON, ATTORNEY GENERAL ) | |
| OF TEXAS, ) | |
| ) | |
| Respondent. ) | |

Pursuant to Movant's Emergency Motion to Stay Deposition pending this Court's ruling on Movant's Motion to Quash Deposition Subpoena or, in the Alternative, for Protective Order, and good cause appearing,

IT IS THEREFORE ORDERED that the subpoena issued by Respondent and served on Dr. Taylor on September 20, 2017, compelling appearance at a deposition on October 4 at 10:00 am, is hereby stayed pending this Court's ruling on Movant's Motion to Quash.

DATED this ___ day of September, 2017.

By  _____
Judge, United States District Court