# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Deshawn L. Taylor,

      Plaintiff,

v.

Ken Paxton,

      Defendant.

No. MC-17-00051-PHX-GMS

**ORDER**

Pending before the Court are Plaintiff's Emergency Motion to Quash Subpoena Duces Tecum, or in the Alternative, Motion for Protective Order (Doc. 1) and Emergency Motion to Stay Pending Decision (Doc. 2).

**IT IS HEREBY ORDERED** directing Defendant to file a response to the motions on or before **3:00 p.m. on October 2, 2017**.

**IT IS FURTHER ORDERED** directing Plaintiff to immediately serve, by fax and/or email, a copy of this Order upon Defendant.

Dated this 29th day of September, 2017.

Honorable G. Murray Snow
United States District Judge