Randy McDonald, 032008[1]
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
rmcdonald@omlaw.com

Attorneys for Dr. De Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DR. DESHAWN L. TAYLOR,<br><br>Movant,<br><br>vs.<br><br>KEN PAXTON, ATTORNEY GENERAL OF TEXAS,<br><br>Respondent. | No. 2:17-mc-0051-GMS<br><br>REPLY IN SUPPORT OF EMERGENCY MOTION OF NON-PARTY DR. DESHAWN TAYLOR TO QUASH DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER |

In his Response to Movant's Motion to Quash, Respondent concedes that he "only seeks to authenticate the video and obtain Dr. Taylor's medical opinion regarding the use and benefits of digoxin in the context of a D&E abortion." [Resp. at 5.] But counsel for the respective parties conferred – twice – by phone before the Motion to Quash was filed. Counsel for respondent did not ever say that this was the purpose of Dr. Taylor's deposition. In fact, when counsel for Movant brought up the video, counsel for Respondent adamantly denied ever having mentioned the video. The only thing that counsel for Respondent ever said about Dr. Taylor's alleged statements was that counsel for Movant should "google" her to figure out what they were.

---

[1] Mr. Proksel will not be able to complete his *pro hac vice* admission application timely. He, therefore, will remove his name from these papers.

Furthermore, Dr. Taylor will not be able to authenticate the video. The video was recorded and released to the public by the Center for Medical Progress, an organization whose main purpose appears to be taking surreptitious – and illegal – videos of women's healthcare providers, maliciously and selectively editing those videos, and releasing them in faux press releases like the one cited by Respondent. [Resp. at 4 n.1.][2] The video is clearly not of any "public" statements. The video was taken illegally and without the consent of Dr. Taylor. Dr. Taylor will be unable to authenticate the video because she was not aware that it was being taken. She also cannot, for example, testify whether the video was edited or not; the taped conversation occurred years ago. If Respondent wishes to authenticate the video, he should subpoena the Center for Medical Progress.

Essentially, Respondent is attempting to force Dr. Taylor into being an unpaid expert witness in his case. He admits that Dr. Taylor has no knowledge of the facts of the case in Texas, and that the only purpose of the deposition is to ask her to authenticate the video and to provide unpaid expert testimony regarding D&E abortions. As previously discussed, Dr. Taylor cannot authenticate a video she knew nothing about. And if Respondent wants expert testimony in his case, he can retain a paid expert like any other civil litigant. The State of Texas seems more than happy to spend its citizens' money on its quixotic fight against women's healthcare.[3]

Lastly, Respondent does not respond at all to Movant's argument that he can obtain all of the information sought, save for the video's authentication, from actual parties to the Texas Litigation. Dr. Taylor's "medical opinion regarding the use and

---

[2] *See* "Anti-Abortion Activists Charged in Planned Parenthood Video Case", New York Times, March 29, 2017, https://www.nytimes.com/2017/03/29/us/planned-parenthood-video-charges.html. *See also* "Planned Parenthood Videos Were Altered, Analysis Finds," New York Times, Aug. 27, 2015, https://www.nytimes.com/2015/08/28/us/abortion-planned-parenthood-videos.html,.

[3] *See* "Texas May Owe Abortion Providers' Lawyers $4.5 Million," Texas Tribune, Oct. 8, 2016, https://www.texastribune.org/2016/10/08/texas-may-owe-abortion-providers-lawyers-3-million/.

benefits of digoxin in the context of a D&E abortion" [Resp. at 5] is irrelevant to the Texas Litigation and can be obtained from any plaintiff in the case or any properly retained expert in Texas. This concession alone is grounds to quash the Subpoena. It is also a tacit admission that the primary—and perhaps only—purpose of the Subpoena is to harass Dr. Taylor over the alleged contents of the illegal video.

Movant respectfully requests that this Court grant its Motion to Quash.

DATED this 2nd day of October, 2017.

OSBORN MALEDON, P.A.

By   s/Randy McDonald
       Randy McDonald
       2929 North Central Avenue
       21st Floor
       Phoenix, Arizona  85012-2793
       Attorneys for Dr. De Taylor

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of October, 2017 the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System and that I served the attached document by Electronic Mail on the following, who are not registered participants of the CM/ECF System:

Adam A. Biggs
Christopher D. Hilton
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Phone: (512) 475-4120
Fax: (512) 320-0667
Christopher.Hilton@oag.texas.gov
Adam.biggs@oag.texas.gov


<u>/s/ Rosalin Sanhadja</u>

3